# ***LOW & LOW*** *ATTORNEYS AT LAW, LLC*

*505 Main Street, Suite 304*                                            *Tel: (201) 343-4040*
*Hackensack, New Jersey 07601*                                    *Fax: (201)-488-5788*

**STANLEY W. LOW**                                                              **RUSSELL L. LOW**

October 22, 2018

Honorable John K. Sherwood
50 Walnut Street, 3rd Floor
Newark, N.J. 07102

Re: Sung J. Yi**, Case No. 18-29891**

Honorable John K. Sherwood,

      Please withdraw Docket No. 11, Motion for Approval to Participate in the Court's Loss Mitigation Program. I apologize for any inconvenience this may have caused.

Thank you,

/s/ Russell L. Low

Russell L. Low, Esq.