RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ  07601

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 12/31/2018
Chapter 13 Case # 18-29891

Re:   SUNG J. YI  
      519 ROFF AVE. A  
      PALISADES PARK,  NJ  07650

Atty:   RUSSELL L LOW ESQ  
       LOW & LOW ESQS  
       505 MAIN STREET, SUITE 304  
       HACKENSACK, NJ  07601

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $30,000.00**

## RECEIPTS AS OF 12/31/2018    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 10/31/2018 | $500.00 | 5353768000 | 11/28/2018 | $500.00 | 5421841000 |

**Total Receipts: $1,000.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $1,000.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 12/31/2018    (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN |  |  | 85.50 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 4,750.00 | 100.00% | 943.00 | 3,807.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | JPMORGAN CHASE ATTN: HE PAYMENT P | UNSECURED | 80,328.76 | * | 0.00 |  |
| 0002 | EDUCATIONAL CREDIT MANAGEMENT C | UNSECURED | 86,332.46 | * | 0.00 |  |
| 0004 | THE BANK OF NEW YORK MELLON TRUS | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 |  |
| 0007 | HYUNDAI LEASE TITLING TRUST | VEHICLE SECURE | 0.00 | 100.00% | 0.00 |  |
| 0008 | NAVIENT SOLUTIONS LLC | UNSECURED | 62,955.29 | * | 0.00 |  |

**Total Paid:  $1,028.50**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 18, 2019.

Receipts: $1,000.00   -   Paid to Claims: $0.00   -   Admin Costs Paid: $1,028.50   =   Funds on Hand: $471.50

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.