**RUSSELL LOW, ESQ. RLL-4745**
LOW & LOW, LLC.
Attorneys at Law
505 Main Street
Hackensack, NJ 07601
(201) 343-4040
Attorneys for Debtor

Order Filed on October 21, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| **Sung J. Yi** | : | CASE NO. 18-29891 |
| Debtors | : | The Honorable John K. Sherwood |

---

### ORDER FOR AUTHORITY TO ENTER INTO A MORTGAGE LOAN MODIFICATION

---

The relief set forth on the following pages numbered (2) through page (2) is hereby

**ORDERED**.

**DATED: October 21, 2019**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Page 2

Debtors: **Sung J. Yi**
Case No.: 18-29891-JKS
Caption: **ORDER FOR AUTHORITY TO ENTER INTO A MORTGAGE LOAN MODIFICATION**

---

**THIS MATTER** being brought before the Court by Russell L. Low, Esq., attorney for Debtor, **Sung J. Yi**, upon the Notice of Motion for Authority to Enter into a Mortgage Loan Modification as to real property located at 519 Roff Ave A Palisades Park, NJ 07650.

**IT IS ORDERED** that all arrears are to be rolled into the mortgage modification and therefore the Trustee should make no further disbursements on the arrears claim as filed.

**IT IS ORDERED** that the creditor shall modify its claim in accordance with the terms of the modification within 90 days of the entry of this Order.

**IT IS ORDERED** that the debtor shall file a Modified Plan and Amended Schedules I and J within 21 days of the entry of this Order.

**IT IS FURTHER ORDERED** and, it appearing that notice of said Motion was properly served upon all parties concerned and this Court, having considered the representation of the Russell L. Low, Esq., attorney for the Debtor, and attorney for secured creditor Select Portfolio Servicing, Inc. appearing and for good cause having been shown;

**ORDERED AND ADJUDGED AND DECREED** that the Debtor's Motion for Authority to Enter into a Mortgage Loan Modification on the mortgaged property as set forth in the Loan Modification Agreement attached as an Exhibit to the Motion is hereby granted.