**RUSSELL LOW, ESQ. RLL-4745**
LOW & LOW, LLC.
Attorneys at Law
505 Main Street
Hackensack, NJ 07601
(201) 343-4040
Attorneys for Debtor

**Order Filed on October 21, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey**

___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| **Sung J. Yi** | : | CASE NO. 18-29891 |
| Debtors | : | The Honorable John K. Sherwood |

___

### ORDER FOR AUTHORITY TO ENTER INTO A
### MORTGAGE LOAN MODIFICATION

___

The relief set forth on the following pages numbered (2) through page (2) is hereby

**ORDERED**.

**DATED: October 21, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2

Debtors: **Sung J. Yi**
Case No.: 18-29891-JKS
Caption: **ORDER FOR AUTHORITY TO ENTER INTO A MORTGAGE LOAN MODIFICATION**

___

**THIS MATTER** being brought before the Court by Russell L. Low, Esq., attorney for Debtor, **Sung J. Yi**, upon the Notice of Motion for Authority to Enter into a Mortgage Loan Modification as to real property located at 519 Roff Ave A Palisades Park, NJ 07650.

**IT IS ORDERED** that all arrears are to be rolled into the mortgage modification and therefore the Trustee should make no further disbursements on the arrears claim as filed.

**IT IS ORDERED** that the creditor shall modify its claim in accordance with the terms of the modification within 90 days of the entry of this Order.

**IT IS ORDERED** that the debtor shall file a Modified Plan and Amended Schedules I and J within 21 days of the entry of this Order.

**IT IS FURTHER ORDERED** and, it appearing that notice of said Motion was properly served upon all parties concerned and this Court, having considered the representation of the Russell L. Low, Esq., attorney for the Debtor, and attorney for secured creditor Select Portfolio Servicing, Inc. appearing and for good cause having been shown;

**ORDERED AND ADJUDGED AND DECREED** that the Debtor's Motion for Authority to Enter into a Mortgage Loan Modification on the mortgaged property as set forth in the Loan Modification Agreement attached as an Exhibit to the Motion is hereby granted.

United States Bankruptcy Court
District of New Jersey

In re:  
Sung J. Yi  
      Debtor

Case No. 18-29891-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Oct 21, 2019  
                      Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2019.  
db         +Sung J. Yi,    519 Roff Ave. A,    Palisades Park, NJ 07650-1837

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                           TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2019                                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2019 at the address(es) listed below:  
          Marie-Ann Greenberg    magecf@magtrustee.com  
          Rebecca Ann Solarz    on behalf of Creditor    The Bank of New York Mellon Trust Company, N.A.,  
           f/k/a The Bank of New York Trust Company, N.A., as Trustee, et al. rsolarz@kmllawgroup.com  
          Russell L. Low    on behalf of Debtor Sung J. Yi rbear611@aol.com,  
           ecf@lowbankruptcy.com;r57808@notify.bestcase.com  
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                     TOTAL: 4