| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee |
| IN RE:<br><br>    SUNG J. YI |

Order Filed on December 13, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  18-29891 JKS

Hearing Date:  12/12/2019

### ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: December 13, 2019**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s): SUNG J. YI

Case No.: 18-29891

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 12/12/2019 on notice to RUSSELL L LOW ESQ, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must file a modified plan and amended Schedule J by 12/31/2019 or the case will be dismissed; and it is further

- ORDERED, that if the Court's Docket does not reflect that a modified plan and amended Schedule J has been filed by the above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney.