Marie-Ann Greenberg MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

|  |  |
|---|---|
| IN RE: | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| SUNG J. YI, | Case No.: 18-29891 JKS |
| Debtor |  |

**NOTICE OF RESERVE ON CLAIM**

Creditor:         HYUNDAI LEASE TITLING TRUST
Trustee Claim #:    7
Court Claim #     2
Claimed Amount:   $1,526.41
Date Claim Filed:  11/02/2018

Please be advised that a reserve has been placed on the above named claim for the following reason:

- Creditor returned funds with no explanation. If debtis no longer owed or account has been transferred, appropriate documentation should be filed with the Court.

Unless we receive the information needed and the necessary documents are filed with the Court, we will continue to reserve the funds and the funds will be sent to the United States Bankruptcy Court upon the closing of the case.

Dated: December 27, 2019

By: /S/ Marie-Ann Greenberg
Chapter 13 Standing Trustee

SUNG J. YI
519 ROFF AVE. A
PALISADES PARK, NJ    07650

RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ    07601

HYUNDAI LEASE TITLING TRUST
PO BOX 20809
FOUNTAIN VALLEY, CA    92728