Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−29891−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sung J. Yi
   519 Roff Ave. A
   Palisades Park, NJ 07650

Social Security No.:
   xxx−xx−5682

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on December 17, 2018.

On 12/30/20 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable John K. Sherwood on:

Date:                February 13, 2020
Time:                08:30 AM
Location:            Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: January 2, 2020
JAN: lc

Jeanne Naughton
Clerk

```
                          United States Bankruptcy Court
                                District of New Jersey
```

In re:                                                              Case No. 18-29891-JKS
Sung J. Yi                                                          Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1           Date Rcvd: Jan 02, 2020
                              Form ID: 185             Total Noticed: 13

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 04, 2020.
db             +Sung J. Yi,    519 Roff Ave. A,    Palisades Park, NJ 07650-1837
517798152      +CHASE MTG,    PO BOX 24696,    COLUMBUS, OH 43224-0696
517826869      +ECMC,   Po box 16408,    St Paul, MN 55116-0408
517905837      +JPMorgan Chase Bank, N.A.,    700 Kansas Lane Mail,    Code LA4-555,    Monroe, LA 71203-4774
517798154      +KML Law Group P.C.,    216 Hadden Ave.,   Ste 406,    Collingswood, NJ 08108-2812
517798155      +SPS/The Bank of Mellon Trust Compnay, NA,    PO Box 65250,    Salt Lake City, UT 84165-0250
517922947      +The Bank of New York Mellon Trust Company, N.A.,,    ECT. C/O SPS,    P.O. Box 65250,
                 Salt Lake City, UT 84165-0250

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 02 2020 23:19:09     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 02 2020 23:19:07     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jan 02 2020 23:20:56
                 Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,   Norfolk, VA 23541-1021
517798153      +E-mail/PDF: pa_dc_ed@navient.com Jan 02 2020 23:21:12      DEPT OF ED/NAVIENT,    PO BOX 9635,
                 WILKES BARRE, PA 18773-9635
517852432      +E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Jan 02 2020 23:19:42
                 Hyundai Lease Titling Trust,    PO Box 20809,   Fountain Valley, CA 92728-0809
517926446       E-mail/PDF: pa_dc_claims@navient.com Jan 02 2020 23:21:53
                 Navient Solutions, LLC on behalf of,    Department of Education Loan Services,    PO Box 9635,
                 Wilkes Barre, PA 18773-9635
                                                                                                TOTAL: 6

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 04, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 2, 2020 at the address(es) listed below:
              Marie-Ann   Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    The Bank of New York Mellon Trust Company, N.A.,
               f/k/a The Bank of New York Trust Company, N.A., as Trustee, et al. rsolarz@kmllawgroup.com
              Russell L. Low    on behalf of Debtor Sung J. Yi rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 4
```