RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ  07601

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2020
Chapter 13 Case # 18-29891

Re:  SUNG J. YI  
519 ROFF AVE. A  
PALISADES PARK,  NJ  07650

Atty:  RUSSELL L LOW ESQ  
LOW & LOW ESQS  
505 MAIN STREET, SUITE 304  
HACKENSACK, NJ  07601

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $30,000.00**

## RECEIPTS AS OF 01/15/2020    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 10/31/2018 | $500.00 | 5353768000 | 11/28/2018 | $500.00 | 5421841000 |
| 01/02/2019 | $500.00 | 5510143000 | 02/01/2019 | $500.00 | 5587273000 |
| 03/04/2019 | $500.00 | 5667275000 | 03/07/2019 | ($500.00) | 5667275000 |
| 03/08/2019 | $500.00 | 5687023000 | 03/19/2019 | $500.00 | 25578248038 |
| 04/10/2019 | $500.00 | 25905201175 | 05/07/2019 | $500.00 | 25905204955 |
| 06/11/2019 | $500.00 | 25905211468 | 07/08/2019 | $500.00 | 25905214833 |
| 08/08/2019 | $500.00 | 25905220571 | 09/24/2019 | $500.00 | 26235700143 |
| 10/08/2019 | $500.00 | 26235706522 | 11/13/2019 | $500.00 | 26235710471 |
| 12/11/2019 | $500.00 | 26235713452 | 01/14/2020 | $500.00 | 26235719008 |

**Total Receipts: $8,000.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $8,000.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2020    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| EDUCATIONAL CREDIT MANAGEMENT CORP. | | | | | | |
| | 09/16/2019 | $175.73 | 833,399 | 10/21/2019 | $183.95 | 835,428 |
| | 11/18/2019 | $177.04 | 837,499 | 12/16/2019 | $177.04 | 839,427 |
| | 01/13/2020 | $177.04 | 841,295 | | | |
| HYUNDAI LEASE TITLING TRUST | | | | | | |
| | 10/21/2019 | $6.36 | 835,529 | 12/16/2019 | $6.26 | 839,529 |
| JPMORGAN CHASE ATTN: HE PAYMENT PROCESSING | | | | | | |
| | 09/16/2019 | $163.51 | 833,538 | 10/21/2019 | $171.16 | 835,567 |
| | 11/18/2019 | $164.73 | 837,638 | 12/16/2019 | $164.73 | 839,563 |
| | 01/13/2020 | $164.73 | 841,437 | | | |
| NAVIENT SOLUTIONS LLC | | | | | | |
| | 09/16/2019 | $128.15 | 832,879 | 10/21/2019 | $134.14 | 834,841 |
| | 11/18/2019 | $129.10 | 836,948 | | | |
| NAVIENT SOLUTIONS, LLC. | | | | | | |
| | 12/16/2019 | $129.10 | 839,700 | 01/13/2020 | $129.10 | 841,579 |

## CLAIMS AND DISTRIBUTIONS

**Chapter 13 Case # 18-29891**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 391.00 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 4,750.00 | 100.00% | 4,750.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | JPMORGAN CHASE ATTN: HE PAYMENT F | UNSECURED | 80,328.76 | * | 828.86 | |
| 0002 | EDUCATIONAL CREDIT MANAGEMENT C | UNSECURED | 86,332.46 | * | 890.80 | |
| 0004 | THE BANK OF NEW YORK MELLON TRUS | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0007 | HYUNDAI LEASE TITLING TRUST | UNSECURED | 1,526.41 | * | 6.26 | |
| 0008 | NAVIENT SOLUTIONS, LLC. | UNSECURED | 62,955.29 | * | 649.59 | |

**Total Paid:  $7,516.51**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 17, 2020.

Receipts: $8,000.00         -    Paid to Claims: $2,375.51      -    Admin Costs Paid: $5,141.00    =    Funds on Hand: $483.49

**\*\*NOTE**:   THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER
VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.