| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on May 15, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br>    SUNG J. YI | Case No.:  18-29891<br><br>Hearing Date:  05/14/2020<br><br>Judge:  JOHN K. SHERWOOD |

# ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

DATED: May 15, 2020

Honorable John K. Sherwood
United States Bankruptcy Court

1

Debtor(s): SUNG J. YI

Case No.: 18-29891JKS

Caption of Order: Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 05/14/2020 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 5/14/2020 of the plan filed on 12/30/2019, is denied; and it is further

ORDERED, that the Debtor must file a modified plan by 05/28/2020 or the case will be dismissed; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings.