UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Low and Low, L.L.C.
505 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 343-4040
Russell L. Low, Esq. No. 4745
Attorney for the Debtor

In Re:

Sung J Yi

Case No.: 18-29891

Chapter: 13

Adv. No.: _____

Hearing Date: _____

Judge: JKS

## CERTIFICATION OF SERVICE

1. I, _____Russell L. Low_____ :

    ☑ represent the _____debtor_____ in the above-captioned matter.

    ☐ am the secretary/paralegal for _____, who represents the _____ in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On _____June 1, 2020_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    Modified Chapter 13 Plan, Notice of Transmittal and Property Valuation

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: _____June 1, 2020_____    /s/Russell L. Low_____
                                 Signature

2

| **Name and Address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
|---|---|---|
| The Honorable John K. Sherwood<br>50 Walnut Street, 3rd Floor<br>Newark, N.J. 07102 | Judge | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>    (as authorized by the court *) |
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004 | Chapter 13 Standing Trustee | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>    (as authorized by the court *) |
| Office of US Trustee<br>One Newark Center Suite 1401<br>Newark NJ 07102 | US Trustee | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>    (as authorized by the court *) |
| CEO Jamie Dimon<br>Chase Headquarters<br>270 Park Avenue<br>New York NY 10017 | CEO for Secured Creditor | ❑ Hand-delivered<br>❑ Regular mail<br>☑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>    (as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| JP Morgan Chase Bank, N.A.<br>700 Kansas Lane Mail Code LA4-555<br>Monroe LA 71203 | Secured Creditor | ❏ Hand-delivered<br>☑ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>   (as authorized by the court *) |
| Sung J Yi<br>519 A Roff Avenue<br>Palisades Park, NJ 07650 | Debtor | ❏ Hand-delivered<br>☑ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>   (as authorized by the court *) |
|  |  | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>   (as authorized by the court *) |
|  |  | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>   (as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
|  |  | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>   (as authorized by the court *) |
|  |  | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>   (as authorized by the court *) |
|  |  | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>   (as authorized by the court *) |
|  |  | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>   (as authorized by the court *) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

*rev.5/14/12*