Order Filed on November 16, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**UNITED STATES BANKRUPTCY DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-2 (c)

Russell L. Low, Esq. – RLL 4745
Low & Low, LLC
505 Main Street, Suite 304
Hackensack, NJ 07501
201-343-4040
Attorneys for Debtor

In Re:

SUNG J. YI

Debtor(s)

Case No. 18-29891

Chapter 13

Judge: The Honorable John K. Sherwood

Hearing Date: November 12, 2020, 10:0am

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

DATED: November 16, 2020

_____
Honorable John K. Sherwood
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED** that **Low & Low, LLC.,** the applicant, is allowed a fee of $1,600.00 for services rendered and expenses in the amount of $0.00 for a total of $1,600.00. The allowance is payable:

   **X**    through the Chapter 13 plan as an administrative priority.

   ___    outside the plan.