| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on January 29, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>     SUNG J. YI | Case No.:  18-29891 JKS<br><br>Hearing Date:  1/28/2021 |

### ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: January 29, 2021**

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s): SUNG J. YI

Case No.: 18-29891

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 01/28/2021 on notice to RUSSELL L LOW ESQ, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must file a modified plan and an amended Schedule I and J with current income verification by 2/11/2021 or the case will be dismissed; and it is further

- ORDERED, that if the Court's Docket does not reflect that a modified plan and an amended Schedule I and J with current income verification has been filed by the above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney.

| |
|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** |
| **Marie-Ann Greenberg, MAG-1284** <br> **Marie-Ann Greenberg, Standing Trustee** <br> **30 TWO BRIDGES ROAD** <br> **SUITE 330** <br> **FAIRFIELD, NJ  07004-1550** <br> **973-227-2840** <br> **Chapter 13 Standing Trustee** |
| IN RE: <br>     SUNG J. YI |

Case No.:  18-29891 JKS

Hearing Date:  1/28/2021

# ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

Debtor(s): SUNG J. YI

Case No.: 18-29891

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 01/28/2021 on notice to RUSSELL L LOW ESQ, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must file a modified plan and an amended Schedule I and J with current income verification by 2/11/2021 or the case will be dismissed; and it is further

- ORDERED, that if the Court's Docket does not reflect that a modified plan and an amended Schedule I and J with current income verification has been filed by the above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-29891-JKS |
| Sung J. Yi | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 29, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Sung J. Yi, 519 Roff Ave. A, Palisades Park, NJ 07650-1837 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jan 31, 2021 | Signature: | /s/Joseph Speetjens |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor The Bank of New York Mellon Trust Company N.A., f/k/a The Bank of New York Trust Company, N.A., as Trustee, in trust for ChaseFlex Multi-Class Mortgage Pass-Through Certificates, Series 2007-1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Rebecca Ann Solarz | on behalf of Creditor The Bank of New York Mellon Trust Company N.A., f/k/a The Bank of New York Trust Company, N.A., as Trustee, et al. rsolarz@kmllawgroup.com |
| Russell L. Low | on behalf of Debtor Sung J. Yi ecf@lowbankruptcy.com ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-2     User: admin     Page 2 of 2
Date Rcvd: Jan 29, 2021     Form ID: pdf903     Total Noticed: 1
TOTAL: 5