Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 18−29891−JKS
        Chapter: 13
        Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sung J. Yi
   519 Roff Ave. A
   Palisades Park, NJ 07650

Social Security No.:
   xxx−xx−5682

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on June 29, 2020.

On 02/11/2021 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable John K. Sherwood on:

Date:    March 25, 2021
Time:    08:30 AM
Location:    Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: February 16, 2021
JAN: sjp

                Jeanne Naughton
                Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                       Case No. 18-29891-JKS
Sung J. Yi                                                                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                             User: admin                                  Page 1 of 2
Date Rcvd: Feb 16, 2021                          Form ID: 185                                 Total Noticed: 15

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++          Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#          Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sung J. Yi, 519 Roff Ave. A, Palisades Park, NJ 07650-1837 |
| 517826869 | + | ECMC, Po box 16408, St Paul, MN 55116-0408 |
| 517798154 | #+ | KML Law Group P.C., 216 Hadden Ave, Ste 406, Collingswood, NJ 08108-2812 |
| 517798155 | + | SPS/The Bank of Mellon Trust Compnay, NA, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 518702021 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Division of Taxation Bankruptcy, PO Box 245, Trenton, NJ 08695 |
| 517922947 | + | The Bank of New York Mellon Trust Company, N.A.,, ECT. C/O SPS, P.O. Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 16 2021 22:09:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 16 2021 22:09:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Feb 16 2021 23:07:36 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 517798153 | + | Email/PDF: pa_dc_ed@navient.com | Feb 16 2021 23:11:59 | DEPT OF ED/NAVIENT, PO BOX 9635, WILKES BARRE, PA 18773-9635 |
| 518689251 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 16 2021 22:07:00 | Department of Treasury, Internal Revenue Service, P O Box7346, Philadelphia, PA 19101-7346 |
| 517852432 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Feb 16 2021 22:10:00 | Hyundai Lease Titling Trust, PO Box 20809, Fountain Valley, CA 92728-0809 |
| 517905837 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Feb 17 2021 03:11:47 | JPMorgan Chase Bank, N.A., 700 Kansas Lane Mail, Code LA4-555, Monroe, LA 71203 |
| 517798152 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Feb 17 2021 02:56:36 | CHASE MTG, PO BOX 24696, COLUMBUS, OH 43224 |
| 517926446 | | Email/PDF: pa_dc_claims@navient.com | Feb 16 2021 23:11:58 | Navient Solutions, LLC on behalf of, Department of Education Loan Services, PO Box 9635, Wilkes Barre, PA 18773-9635 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

Case 18-29891-JKS    Doc 72    Filed 02/18/21    Entered 02/19/21 00:25:34    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 16, 2021 | Form ID: 185 | Total Noticed: 15 |

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 18, 2021                Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor The Bank of New York Mellon Trust Company N.A., f/k/a The Bank of New York Trust Company, N.A., as Trustee, in trust for ChaseFlex Multi-Class Mortgage Pass-Through Certificates, Series 2007-1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Rebecca Ann Solarz | on behalf of Creditor The Bank of New York Mellon Trust Company N.A., f/k/a The Bank of New York Trust Company, N.A., as Trustee, et al. rsolarz@kmllawgroup.com |
| Russell L. Low | on behalf of Debtor Sung J. Yi ecf@lowbankruptcy.com ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5