RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ  07601

Re:  SUNG J. YI                                    Atty:  RUSSELL L LOW ESQ
     519 ROFF AVE. A                                      LOW & LOW ESQS
     PALISADES PARK,  NJ  07650                           505 MAIN STREET, SUITE 304
                                                          HACKENSACK, NJ  07601

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2025
#### Chapter 13 Case # 18-29891

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $65,618.11**

## RECEIPTS AS OF 01/01/2025          (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|------|--------|--------------------|------|--------|--------------------|
| 10/31/2018 | $500.00 | 5353768000 | 11/28/2018 | $500.00 | 5421841000 |
| 01/02/2019 | $500.00 | 5510143000 | 02/01/2019 | $500.00 | 5587273000 |
| 03/04/2019 | $500.00 | 5667275000 | 03/07/2019 | ($500.00) | 5667275000 |
| 03/08/2019 | $500.00 | 5687023000 | 03/19/2019 | $500.00 | 25578248038 |
| 04/10/2019 | $500.00 | 25905201175 | 05/07/2019 | $500.00 | 25905204955 |
| 06/11/2019 | $500.00 | 25905211468 | 07/08/2019 | $500.00 | 25905214833 |
| 08/08/2019 | $500.00 | 25905220571 | 09/24/2019 | $500.00 | 26235700143 |
| 10/08/2019 | $500.00 | 26235706522 | 11/13/2019 | $500.00 | 26235710471 |
| 12/11/2019 | $500.00 | 26235713452 | 01/14/2020 | $500.00 | 26235719008 |
| 02/11/2020 | $500.00 | 26235723712 | 03/10/2020 | $500.00 | 26566525697 |
| 04/17/2020 | $500.00 | 26566528544 | 05/18/2020 | $500.00 | 26566532987 |
| 06/09/2020 | $500.00 | 26566537318 | 07/17/2020 | $500.00 | 26566542898 |
| 08/25/2020 | $500.00 | 26566527183 | 09/15/2020 | $500.00 | 26566527745 |
| 10/20/2020 | $500.00 | 26567308304 | 11/18/2020 | $500.00 | 26567316731 |
| 12/28/2020 | $500.00 | 26567317438 | 01/20/2021 | $500.00 | 26838352664 |
| 03/15/2021 | $853.11 | 26838359987 | 03/29/2021 | $853.11 | 26838365040 |
| 04/14/2021 | $69.89 | 26838367716 | 05/04/2021 | $923.00 | 26838372060 |
| 06/02/2021 | $923.00 | 27530128168 | 07/13/2021 | $923.00 | 27530132725 |
| 08/03/2021 | $923.00 | 27530138676 | 09/03/2021 | $923.00 | 27530144087 |
| 10/05/2021 | $923.00 | 27530149397 | 11/02/2021 | $923.00 | 27769729792 |
| 11/30/2021 | $923.00 | 27769734167 | 12/30/2021 | $923.00 | 27769739657 |
| 02/01/2022 | $923.00 | 27769742842 | 03/07/2022 | $923.00 | 27769749581 |
| 04/05/2022 | $923.00 | 28022931191 | 05/04/2022 | $923.00 | 28022936411 |
| 06/28/2022 | $923.00 | 28022942070 | 07/14/2022 | $923.00 | 28022947121 |
| 08/04/2022 | $923.00 | 28264726067 | 08/31/2022 | $923.00 | 28264730703 |
| 10/04/2022 | $923.00 | 28264738061 | 11/01/2022 | $923.00 | 28264741918 |
| 12/01/2022 | $923.00 | 28264746881 | 01/04/2023 | $923.00 | 28470610484 |
| 02/07/2023 | $923.00 | 28470615693 | 03/01/2023 | $923.00 | 28470618674 |

Chapter 13 Case # 18-29891

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|------|--------|---------------------|------|--------|---------------------|
| 04/06/2023 | $923.00 | 28718802832 | 05/02/2023 | $923.00 | 28718805712 |
| 05/31/2023 | $923.00 | 28718810008 | 07/05/2023 | $923.00 | 28718814824 |
| 08/04/2023 | $923.00 | 28718819447 | 09/06/2023 | $923.00 | 28718824746 |
| 10/05/2023 | $923.00 | 28924053884 | 11/02/2023 | $923.00 | 28924056707 |
| 12/06/2023 | $923.00 | 28924059971 | 01/03/2024 | $923.00 | 28924061567 |
| 02/06/2024 | $923.00 | 28924065516 | 03/06/2024 | $923.00 | 28924070433 |
| 04/02/2024 | $923.00 | 28924072110 | 05/07/2024 | $923.00 | 29293081380 |
| 06/04/2024 | $923.00 | 29293083720 | 07/03/2024 | $920.00 | 29293086014 |
| 08/07/2024 | $923.00 | 29293088657 | 09/04/2024 | $923.00 | 29293092944 |
| 10/11/2024 | $923.00 | 29293096950 | 11/05/2024 | $923.00 | 29473102258 |
| 12/05/2024 | $923.00 | 29127040920 | | | |

Total Receipts: $56,385.11  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $56,385.11

## LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2025   (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---------------|------|--------|---------|--|------|--------|---------|
| EDUCATIONAL CREDIT MANAGEMENT CORP. | | | | | | | |
| | 09/16/2019 | $175.73 | 833,399 | | 10/21/2019 | $183.95 | 835,428 |
| | 11/18/2019 | $177.04 | 837,499 | | 12/16/2019 | $177.04 | 839,427 |
| | 01/13/2020 | $177.04 | 841,295 | | | | |
| HYUNDAI LEASE TITLING TRUST | | | | | | | |
| | 10/21/2019 | $6.36 | 835,529 | | 12/16/2019 | $6.26 | 839,529 |
| JPMORGAN CHASE ATTN: HE PAYMENT PROCESSING | | | | | | | |
| | 09/16/2019 | $163.51 | 833,538 | | 10/21/2019 | $171.16 | 835,567 |
| | 11/18/2019 | $164.73 | 837,638 | | 12/16/2019 | $164.73 | 839,563 |
| | 01/13/2020 | $164.73 | 841,437 | | | | |
| NAVIENT SOLUTIONS LLC | | | | | | | |
| | 09/16/2019 | $128.15 | 832,879 | | 10/21/2019 | $134.14 | 834,841 |
| | 11/18/2019 | $129.10 | 836,948 | | | | |
| NAVIENT SOLUTIONS, LLC. | | | | | | | |
| | 12/16/2019 | $129.10 | 839,700 | | 01/13/2020 | $129.10 | 841,579 |
| STATE OF NJ | | | | | | | |
| | 03/16/2020 | $114.22 | 845,811 | | 04/20/2020 | $114.22 | 847,773 |
| | 05/18/2020 | $108.44 | 849,551 | | 06/15/2020 | $108.44 | 851,226 |
| | 07/20/2020 | $39.25 | 853,095 | | 08/17/2020 | $39.25 | 854,912 |
| | 09/21/2020 | $39.25 | 856,779 | | 02/22/2021 | $60.46 | 865,770 |
| | 04/19/2021 | $133.93 | 869,270 | | 05/17/2021 | $5.49 | 871,094 |
| | 06/21/2021 | $147.25 | 872,928 | | 08/16/2021 | $73.63 | 876,372 |
| | 09/20/2021 | $147.25 | 878,139 | | 11/17/2021 | $74.41 | 881,558 |
| | 12/13/2021 | $74.41 | 883,194 | | 01/10/2022 | $74.41 | 884,835 |
| | 02/14/2022 | $74.41 | 886,550 | | 03/14/2022 | $74.41 | 888,239 |
| | 04/18/2022 | $75.58 | 889,987 | | 05/16/2022 | $75.58 | 891,650 |
| | 06/20/2022 | $75.58 | 893,380 | | 07/18/2022 | $75.58 | 895,006 |
| | 08/15/2022 | $75.58 | 896,583 | | 09/19/2022 | $151.17 | 898,225 |
| | 11/14/2022 | $74.02 | 901,425 | | 12/12/2022 | $74.02 | 902,961 |
| | 01/09/2023 | $74.02 | 904,460 | | 02/13/2023 | $74.02 | 906,007 |
| | 03/13/2023 | $74.02 | 907,594 | | 04/17/2023 | $74.02 | 909,226 |
| | 05/15/2023 | $74.01 | 910,763 | | 06/12/2023 | $73.23 | 912,256 |
| | 07/17/2023 | $73.23 | 913,774 | | 08/14/2023 | $73.24 | 915,261 |
| | 09/18/2023 | $8.67 | 916,785 | | 09/18/2023 | $283.17 | 916,786 |
| | 10/16/2023 | $321.22 | 918,228 | | 11/13/2023 | $316.07 | 919,678 |
| | 12/11/2023 | $316.07 | 921,073 | | 01/08/2024 | $316.07 | 922,434 |
| | 02/12/2024 | $316.07 | 923,836 | | 03/11/2024 | $316.07 | 925,273 |
| | 04/15/2024 | $316.07 | 926,750 | | 05/10/2024 | $316.07 | 928,157 |
| | 06/17/2024 | $316.07 | 929,634 | | 07/15/2024 | $316.07 | 931,046 |

**Chapter 13 Case # 18-29891**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| | 08/19/2024 | $325.31 | 932,516 | | 09/16/2024 | $326.38 | 933,916 |
| | 10/21/2024 | $326.38 | 935,376 | | 11/18/2024 | $322.94 | 936,804 |
| | 12/16/2024 | $322.94 | 938,206 | | | | |
| UNITED STATES TREASURY/IRS | | | | | | | |
| | 02/10/2020 | $489.75 | 8,001,441 | | 03/16/2020 | $359.78 | 8,001,481 |
| | 04/20/2020 | $359.78 | 8,001,529 | | 05/18/2020 | $341.56 | 8,001,590 |
| | 06/15/2020 | $341.56 | 8,001,647 | | 07/20/2020 | $423.25 | 8,001,710 |
| | 08/17/2020 | $423.25 | 8,001,769 | | 09/21/2020 | $423.25 | 8,001,832 |
| | 02/22/2021 | $652.04 | 8,002,118 | | 04/19/2021 | $1,444.33 | 8,002,224 |
| | 05/17/2021 | $59.16 | 8,002,272 | | 06/21/2021 | $1,587.99 | 8,002,325 |
| | 08/16/2021 | $793.99 | 8,002,427 | | 09/20/2021 | $1,587.99 | 8,002,474 |
| | 11/17/2021 | $802.44 | 8,002,576 | | 12/13/2021 | $802.44 | 8,002,628 |
| | 01/10/2022 | $802.44 | 8,002,677 | | 02/14/2022 | $802.44 | 8,002,731 |
| | 03/14/2022 | $802.44 | 8,002,783 | | 04/18/2022 | $815.12 | 8,002,837 |
| | 05/16/2022 | $815.12 | 8,002,890 | | 06/20/2022 | $815.12 | 8,002,942 |
| | 07/18/2022 | $815.12 | 8,002,992 | | 08/15/2022 | $815.12 | 8,003,040 |
| | 09/19/2022 | $1,630.23 | 8,003,095 | | 11/14/2022 | $798.22 | 8,003,196 |
| | 12/12/2022 | $798.22 | 8,003,251 | | 01/09/2023 | $798.22 | 8,003,303 |
| | 02/13/2023 | $798.22 | 8,003,361 | | 03/13/2023 | $798.22 | 8,003,412 |
| | 04/17/2023 | $798.22 | 8,003,467 | | 05/15/2023 | $798.23 | 8,003,525 |
| | 06/12/2023 | $789.77 | 8,003,577 | | 07/17/2023 | $789.77 | 8,003,634 |
| | 08/14/2023 | $789.76 | 8,003,689 | | 09/18/2023 | $93.55 | 8,003,748 |
| | 09/18/2023 | $477.61 | 8,003,748 | | 10/16/2023 | $541.78 | 8,003,804 |
| | 11/13/2023 | $533.09 | 8,003,857 | | 12/11/2023 | $533.09 | 8,003,904 |
| | 01/08/2024 | $533.09 | 8,003,946 | | 02/12/2024 | $533.09 | 8,003,990 |
| | 03/11/2024 | $533.09 | 8,004,034 | | 04/15/2024 | $533.09 | 8,004,078 |
| | 05/10/2024 | $533.09 | 8,004,124 | | 06/17/2024 | $533.09 | 8,004,168 |
| | 07/15/2024 | $533.09 | 8,004,209 | | 08/19/2024 | $548.69 | 8,004,249 |
| | 09/16/2024 | $550.47 | 8,004,290 | | 10/21/2024 | $550.47 | 8,004,334 |
| | 11/18/2024 | $544.68 | 8,004,374 | | 12/16/2024 | $544.68 | 8,004,414 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 3,334.27 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 6,350.00 | 100.00% | 6,350.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | JPMORGAN CHASE ATTN: HE PAYMENT F | UNSECURED | 80,328.76 | * | 828.86 | |
| 0002 | EDUCATIONAL CREDIT MANAGEMENT C | UNSECURED | 890.80 | * | 890.80 | |
| 0004 | THE BANK OF NEW YORK MELLON TRUS | MORTGAGE ARRI | 0.00 | 100.00% | 0.00 | |
| 0007 | HYUNDAI LEASE TITLING TRUST | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | AIDVANTAGE | UNSECURED | 649.59 | * | 649.59 | |
| 0009 | UNITED STATES TREASURY/IRS | SECURED | 25,163.68 | 100.00% | 25,163.68 | |
| 0010 | UNITED STATES TREASURY/IRS | PRIORITY | 15,083.31 | 100.00% | 10,993.30 | |
| 0011 | UNITED STATES TREASURY/IRS | UNSECURED | 51,686.78 | * | 0.00 | |
| 0012 | STATE OF NJ | SECURED | 2,333.38 | 100.00% | 2,333.38 | |
| 0013 | STATE OF NJ | PRIORITY | 8,266.19 | 100.00% | 5,841.23 | |
| 0014 | STATE OF NJ | UNSECURED | 5,347.92 | * | 0.00 | |

**Total Paid: $56,385.11**

See Summary

**Chapter 13 Case # 18-29891**

# SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 18, 2025.

Receipts: $56,385.11          -      Paid to Claims: $46,700.84      -      Admin Costs Paid: $9,684.27    =    Funds on Hand: $0.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER
    VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.