| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |

In Re: _____

Case No.: 18-29891-JKS

Chapter: 13

Judge: John K. Sherwood

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, Sung J. Yi _____, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 1/14/026

SungJae Yi
Debtor's Signature

**IMPORTANT:**

- **Each debtor in a joint case must file a separate Certification in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**

*rev.8/1/18*

Sung J Yi
51 Taft Ave
Palisades Park NJ 07650

DW DANIELS NJ 070
15 JAN 2026 PM 3 L

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2026 JAN 21 P 3:05

District of NJ
MLK Jr Federal Bldg
50 Walnut St
Newark, NJ 07102

Atth: Jeanne