**Information to identify the case:**

Debtor 1  Sung J. Yi

First Name    Middle Name    Last Name

Social Security number or ITIN   xxx–xx–5682

EIN   _ _–_ _ _ _ _ _ _

Debtor 2
(Spouse, if filing)

First Name    Middle Name    Last Name

Social Security number or ITIN   _ _ _ _

EIN   _ _–_ _ _ _ _ _ _

United States Bankruptcy Court   District of New Jersey

Case number:   18–29891–JKS

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Sung J. Yi

3/26/26

**By the court:** John K. Sherwood

United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 18-29891-JKS

Sung J. Yi                                                                                Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                          Page 1 of 2

Date Rcvd: Mar 26, 2026                       Form ID: 3180W                       Total Noticed: 15

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Sung J. Yi, 519 Roff Ave. A, Palisades Park, NJ 07650-1807 |
| 517798154 | + | KML Law Group P.C., 216 Hadden Ave, Ste 406, Collingswood, NJ 08108-2812 |
| 517798155 | + | SPS/The Bank of Mellon Trust Compnay, NA, PO Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 26 2026 21:26:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 26 2026 21:26:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: PRA.COM | Mar 27 2026 01:03:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 517798152 | + | EDI: JPMORGANCHASE | Mar 27 2026 01:03:00 | CHASE MTG, PO BOX 24696, COLUMBUS, OH 43224-0696 |
| 517798153 | + | EDI: MAXMSAIDV | Mar 27 2026 01:03:00 | DEPT OF ED/NAVIENT, PO BOX 9635, WILKES BARRE, PA 18773-9635 |
| 518689251 | + | EDI: IRS.COM | Mar 27 2026 01:03:00 | Department of Treasury, Internal Revenue Service, P O Box7346, Philadelphia, PA 19101-7346 |
| 517826869 | + | Email/Text: ECMCBKNotices@ecmc.org | Mar 26 2026 21:26:00 | ECMC, Po box 16408, St Paul, MN 55116-0408 |
| 517852432 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Mar 26 2026 21:26:00 | Hyundai Lease Titling Trust, PO Box 20809, Fountain Valley, CA 92728-0809 |
| 517905837 | + | EDI: JPMORGANCHASE | Mar 27 2026 01:03:00 | JPMorgan Chase Bank, N.A., 700 Kansas Lane Mail, Code LA4-555, Monroe, LA 71203-4774 |
| 517926446 | | EDI: MAXMSAIDV | Mar 27 2026 01:03:00 | Navient Solutions, LLC on behalf of, Department of Education Loan Services, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 518702021 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Mar 26 2026 21:25:00 | State of New Jersey, Division of Taxation Bankruptcy, PO Box 245, Trenton, NJ 08695 |
| 517922947 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 26 2026 21:27:00 | The Bank of New York Mellon Trust Company, N.A.,, ECT. C/O SPS, P.O. Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 12

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

District/off: 0312-2

Date Rcvd: Mar 26, 2026

User: admin

Form ID: 3180W

Page 2 of 2

Total Noticed: 15

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2026

Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2026 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Cory Francis Woerner | on behalf of Creditor The Bank of New York Mellon Trust Company  N.A., f/k/a The Bank of New York Trust Company, N.A., as Trustee, in trust for ChaseFlex Multi-Class Mortgage Pass-Through Certificates, Series 2007-1 cwoerner@raslg.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor The Bank of New York Mellon Trust Company  N.A., f/k/a The Bank of New York Trust Company, N.A., as Trustee, in trust for ChaseFlex Multi-Class Mortgage Pass-Through Certificates, Series 2007-1 bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Matthew K. Fissel | on behalf of Creditor The Bank of New York Mellon Trust Company  N.A., f/k/a The Bank of New York Trust Company, N.A., as Trustee, et al. bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Russell L. Low | on behalf of Debtor Sung J. Yi ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| Sherri R. Dicks | on behalf of Creditor The Bank of New York Mellon Trust Company  N.A., f/k/a The Bank of New York Trust Company, N.A., as Trustee, in trust for ChaseFlex Multi-Class Mortgage Pass-Through Certificates, Series 2007-1 sdicks@raslg.com, shrdlaw@hotmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Vincent Alexander Aprile | on behalf of Creditor The Bank of New York Mellon Trust Company vaprile@raslg.com |

TOTAL: 8